UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PAUL J. BERESWILL,

                *Plaintiff,*      : Index No. 17-cv-02304-GHW

vs.      : ECF Case

SPORTS MEDIA 101 INC.,

                *Defendant.*

------------------------------------------------------------x

## REQUEST FOR ENTRY OF DEFAULT

Plaintiff PAUL J. BERESWILL ("Plaintiff") respectfully requests that the Clerk of Court enter the default of Defendant SPORTS MEDIA 101 INC. ("Defendant") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend, as more particularly set forth in the annexed affidavit of Kamanta C. Kettle, Esq. (A Clerk's Certificate is enclosed herewith.)

Dated: May 26, 2017
       Valley Stream, New York

                                            LIEBOWITZ LAW FIRM, PLLC

                                            By: /s/   Kamanta C. Kettle
                                                   Kamanta C. Kettle

                                            Kamanta C. Kettle
                                            11 Sunrise Plaza, Suite 305
                                            Valley Stream, New York 11580
                                            Telephone:  (516) 233-1660
                                            KK@LiebowitzLawFirm.com

                                            *Attorneys for Plaintiff Paul J. Bereswill*

TO: **<u>VIA FIRST CLASS MAIL</u>**

Sports Media 101 Inc.
235 West 23rd Street
New York, New York 10011

## CERTIFICATE OF SERVICE

Kamanta C. Kettle, being duly sworn states that on this 26th date of May 2017, I electronically filed the foregoing Request for Entry of Default, Clerk's Certificate and Affidavit in Support of Certificate of Default using CM/ECF. I also certify that the foregoing documents are being served on all parties or counsel of record identified below via First Class Mail.

_____
Kamanta C. Kettle, Esq.

Sports Media 101 Inc.
235 West 23rd Street
New York, New York 10011