USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL BERESWILL<br><br>      Plaintiff,<br><br>v.<br><br>SPORTS MEDIA 101 INC.<br><br>      Defendant. | NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))<br><br>Case No.: 1:17-cv-2304-GHW<br><br>**MEMORANDUM ENDORSED** |

IT IS HEREBY NOTICED that a settlement has been reached between Plaintiff, Paul Bereswill and Defendant Sports Media 101 Inc.. and thus the action should be voluntarily dismissed with prejudice.

*Richard Liebowitz*
_____
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 12-21-2017
*Attorney for Plaintiff Paul Bereswill*

---

The Court construes this notice as a notice of voluntary dismissal of the action under Rule 41(a)(1)(A)(i).

Dated: December 27, 2017
New York, New York

              _____
              GREGORY H. WOODS
              United States District Judge